UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>LITTLE ORCHARD BUSINESS PARK OWNERS ASSOCIATION,<br><br>        Defendant. | Case No. 20-cv-06584-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS**<br><br>Re: Dkt. No. 15 |

On January 27, 2021, Defendant Little Orchard Business Owners Association filed a motion to dismiss the complaint in this case. Dkt. 15. On February 11, 2021, Plaintiff filed a First Amended Complaint, as permitted under Federal Rule of Civil Procedure 15(a)(1)(B). Dkt. 23. As a result, the Court terminates the motion to dismiss the original complaint as moot.

**SO ORDERED.**

Dated: February 12, 2021

SUSAN VAN KEULEN
United States Magistrate Judge